**01–2084.  State ex rel. McCorkle v. Medley.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–2187.  Clorox Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 00–T–1009, 00–T–1010 and 00–T–995. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**02–118.  State ex rel. Energy Cooperative, Inc. v. Pub. Util. Comm.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, February 25, 2002*

## MOTION DOCKET

**01–382.  State v. Reynolds.**
Columbiana App. No. 95CO30. This cause is pending before the court as a death penalty appeal from the Court of Appeals for Columbiana County. Upon consideration of the suggestion of death of appellant Gordon L. Reynolds, filed by appellant's attorneys,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

**01–847.  Washington Twp. Trustees v. Davis.**
Pickaway App. No. 00CA28. This cause is pending before the court as an appeal from the Court of Appeals for Pickaway County. Upon consideration of appellee's motion for *amicus curiae*, Ohio Prosecuting Attorneys' Association, to participate in oral argument scheduled for February 27, 2002,

IT IS ORDERED by the court that the motion for *amicus curiae*, Ohio Prosecuting Attorneys' Association, to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellee.

**01–981.  Washington Twp. Trustees v. Davis.**
Pickaway App. No. 00CA28. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Pickaway County. Upon consideration of appellee's motion for *amicus curiae*, Ohio Prosecuting Attorneys' Association, to participate in oral argument scheduled for February 27, 2002,

IT IS ORDERED by the court that the motion for *amicus curiae*, Ohio Prosecuting Attorneys' Association, to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellee.

**02–131.  Consumer News Serv., Inc. v. Worthington City Bd. of Edn.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion to stay discovery,

IT IS ORDERED by the court that the motion to stay discovery be, and hereby is, granted.